EXHIBIT A

EXHIBIT A

**From:** Kami Farhadi
**Sent:** Friday, October 22, 2021 1:17 PM
**To:** Marc Borzykowski <marcb@vectormedia.com>
**Subject:** Vector Notice of Default

**Marc,**

I'm sending by email as I tried unsuccessfully to send this Notice of Default by Fax to 212-953-2222 to Vector Media South, LLC, Attn: Marc Borzykowski. The fax line was not operational.

Best regards,

**Kami Farhadi,** Chairman

StarLine TOURS

**Starline Tours of Hollywood Inc.**
6801 Hollywood Blvd.  Ste 305, Los Angeles CA 90028 **USA**
Cell: +1 323 304 2578, Direct: +1 323 785 6710, Fax: +1 323 785 6799



COVID-19 TV BUSINESS NEWS REPORT cove Starline Tours - YouTube

COVID-19 TV BUSINESS NEWS REPORT; Top Businesses Doing H & Safety Right" is a news-style information TV program based in Angeles highlighting businesses safety protocols and their new ...
www.youtube.com



Date: October 22, 2021

Vector Media South, LLC  Or: Vector Media South Llc.
708 Third Avenue             560 Lexington Ave. 14th Floor
New York, NY 10017        New York, NY 10022
Attn: Mark Borzykowski
(Tel): 212-557-9405
(Fax): 212-953-2222


Twin America, LLC
1430 Broadway, Suite 507
New York, NY 10018
Attn: Mark Marmurstein
(Tel): (212) 445-7758

**VIA Fax and Overnight Delivery Service**

Re: <u>Notice of Default</u>

    I am writing on behalf of Starline Tours of Hollywood, Inc. ("Starline"). As you know, over ten years ago, Starline entered into the advertising agreement with Los Angeles Sightseeing LLC, D/B/A "Citysights LA" ("LAS"), Twin America, LLC ("Twin") and Vector Media South, LLC, ("Vector") ("Agreement"). As you know, the worldwide pandemic changed the world of transportation and crushed the international tourism market. Starline was ordered to shut down by the authorities in March 2020. Vector took this opportunity to stop paying Starline. Vector also used this opportunity to breach its exclusivity with Starline and advertise with Big Bus, a fact that is publicly seen on the streets of LA.

    To make matters worse Vector filed a lawsuit against Starline in July 2020 to damage Starline further. It then increased the hostility by seeking and obtaining a court order on August 4, 2021, for Starline to advertise with Vector exclusively under the terms of the Agreement. Vector promised to the Court that it would pay Starline for running the Hop-on Hop-off double decker buses to get the order issued. The Court expressly stated in its order that Vector must pay Starline and observe its exclusivity obligations.

WWW.STARLINETOURS.COM

6801 Hollywood Blvd., Ste. # 207 • Hollywood, CA 90028 U.S.A • Direct: +1 (800) 959-3131 • Fax: +1 (323) 785-6799 • info@StarLineTours.com



In reliance on Vector's representations, Starline ramped up the Hop-on Hop-off double decker bus service despite lack of passengers. This was done at great burden and expense to Starline in anticipation of Vector's payment and observance of its exclusivity obligations.

Since August 4, 2021, Vector has not paid Starline for the Hop-on Hop-off double decker buses, has placed very few ads and has continued to advertise on Big Bus's fleet. Vector now owes $148,464.86 ($31,807.32 for August 2021 and $116,626.84 for September 2021), plus interest at the rate of 10% under California law.

We believe Vector has again broken its promise to the detriment of the contracting parties Starline, LAS and Twin, who are cheated out of their revenue share that Vector is pocketing by shifting the ads to others. We are pursuing these claims in court.

At this point, Vector has failed to pay monies due to Starline under the Agreement for operation of double decker buses and has failed to provide the accounting of Net Advertising Revenue and Revenue Share for year 2020. Therefore, Starline hereby gives Vector, LAS and Twin notice of such nonpayment and failure to provide the required accounting for 2020. If Vector fails to make payment and provide the requisite accounting within fifteen days after receipt of this notice, the Agreement shall terminate. We find it unfortunate that Vector has elected to act in this manner, but it is Vector who filed a lawsuit against Starline and is, jointly with Big Bus and using the same attorneys, now attacking Starline. It is obvious Vector does not want to act in good faith and fairly abide by the Agreement.

Enough is enough.

Kamrouz Farhadi

Starline Tours of Hollywood Inc.

WWW.STARLINETOURS.COM

6801 Hollywood Blvd., Ste. # 207 • Hollywood, CA  90028  U.S.A • Direct: +1 (800) 959-3131 • Fax: +1 (323) 785-6799 • info@StarLineTours.com