EXHIBIT B

# EXHIBIT B

**From:** "Katz, Brian A." <BKatz@olshanlaw.com>
**Date:** November 8, 2021 at 6:09:12 PM PST
**To:** Mohammed Ghods <mghods@lexopusfirm.com>
**Cc:** Jeremy Rhyne <JRhyne@lexopusfirm.com>, Joe Ergastolo <jte@wlelaw.com>, "Weiner, Joseph B." <JWeiner@olshanlaw.com>
**Subject: FW: Vector/Starline**

Moe:

As we discussed, Starline's so-called termination notice was received on Oct. 27, and remains deficient for the reasons discussed in my letter from November 5.  Among other things, as the Judge has recognized, there is no obligation for Vector to pay Starline, or be exclusive to Starline, when Starline was/is not fully performing by, among other things, running the required vehicles in accordance with the operational requirements and honoring Vector's exclusivity, which has not happened.  Moreover, these infractions have been ongoing, and properly result in no payment and no revenue share being due to Starline pursuant to the offset provisions of the Agreement — in particular, Section 1(b)(i)(1).   Starline has offered no meaningful proof of compliance during the period covered by your demand and prior thereto, despite our repeated requests, which is all the more suspect in light of recent evidence of serial noncompliance with operational requirements.

Nevertheless, Vector has now completed its audit of collections received in 2020 (most related to 2019 activity).  This exercise was made more difficult by COVID, but the report is attached to this email.  To be clear, Vector does not believe the referenced sum of money for revenue share is properly owed to Starline given Starline's serial non-compliance and the clear offset rights Vector has under the Agreement (including those referenced above).  But Vector is willing pay the $146,357 to Starline, in accordance with the attached report.  However, such payment is subject to ultimate offset/recoupment in the event that Vector prevails on its claims against Starline (including for failure to comply with the Agreement including prior to the pandemic), and with all rights reserved, and **provided Starline agrees in writing it is a valid cure of the alleged revenue share reporting/accounting and related alleged payment breach**.

Please confirm by 1pm eastern tomorrow.

Vector reserves all rights and waives none.

Regards,
Brian


**Brian A. Katz**
**O L S H A N**
**OLSHAN FROME WOLOSKY LLP**
**1325 Avenue of the Americas**
**New York, NY 10019**

**Direct: 212.451.2276**
**Facsimile: 212.451.2222**
**Mobile: 631.487.3730**
**Email: BKatz@olshanlaw.com**
**Web: www.olshanlaw.com**

## Starline Tours of Hollywood
*2020 Revenue Share*

**2020 Collections:**

| Advertiser Description | Product | Collections | Invoice Date | Collection Date |
|---|---|---:|---|---|
| McDonald's | California - Southern (ZA6) | 15,500 | 6/24/2019 | 2/28/2020 |
| WGN TV | WGN / Dog the Bounty Hunter | 9,000 | 8/19/2019 | 1/14/2020 |
| CBS Television | CBS Fall Launch | 105,532 | 9/2/2019 | 2/28/2020 |
| Anheuser-Busch | Bud Light | 10,000 | 9/13/2019 | 2/11/2020 |
| Netflix | The Politician | 45,000 | 9/16/2019 | 1/24/2020 |
| CW | 2019 Fall Launch | 92,500 | 9/23/2019 | 2/28/2020 |
| CBS Television | Fall Launch | (108,824) | 9/23/2019 | 5/1/2020 |
| Walt Disney Records | Hollywood Records | 8,000 | 10/7/2019 | 1/16/2020 |
| Door Dash | Door Dash | 45,000 | 10/7/2019 | 1/31/2020 |
| McDonald's | McDonalds | 15,500 | 10/14/2019 | 1/29/2020 |
| Authentic Brands Group | Nine West / Shoes | 16,860 | 10/14/2019 | 8/18/2020 |
| Woodbridge Wines | Woodbridge Wines | 14,000 | 10/21/2019 | 1/28/2020 |
| Aldo | Aldo / Shoes | 17,000 | 10/21/2019 | 2/4/2020 |
| Vudu TV | Vudu TV | 25,000 | 10/28/2019 | 1/21/2020 |
| Hulu | Dollface | 30,000 | 10/28/2019 | 4/24/2020 |
| Hollywood Records | Disney Records | 8,333 | 11/4/2019 | 6/9/2020 |
| BooHoo.com | BooHoo | 13,500 | 11/4/2019 | 7/9/2020 |
| McDonald's | McDonalds | 15,500 | 11/11/2019 | 3/2/2020 |
| McDonald's | McDonalds | 15,500 | 11/11/2019 | 3/2/2020 |
| EA Play | JEDI Holiday | 52,500 | 11/11/2019 | 3/4/2020 |
| Funko | Funko | 15,000 | 11/25/2019 | 2/24/2020 |
| Hulu | Reprisal | 30,000 | 11/25/2019 | 4/24/2020 |
| Hulu | Brand 2C | 45,000 | 11/25/2019 | 6/9/2020 |
| Hollywood Records | Disney Records | 8,333 | 12/2/2019 | 4/3/2020 |
| Amazon Music | Amazon Music | 15,000 | 12/2/2019 | 11/18/2020 |
| McDonald's | McDonalds | 15,500 | 12/9/2019 | 3/11/2020 |
| McDonald's | McDonalds | 15,500 | 12/9/2019 | 3/11/2020 |
| Hulu | Brand 2C | 11,250 | 12/23/2019 | 6/9/2020 |
| Paramount Network | 68 Whiskey | 49,500 | 12/30/2019 | 2/27/2020 |
| Hollywood Records | Disney Records | 8,333 | 12/30/2019 | 4/3/2020 |
| McDonalds | SoCal McD's | 31,000 | 1/6/2020 | 3/31/2020 |
| CBS Television | Star Trek | 55,500 | 1/13/2020 | 4/3/2020 |
| Genesis Open | Genesis | 75,000 | 1/13/2020 | 4/28/2020 |
| American Lung Association | Jimmy Kimmel Live | 70,000 | 1/13/2020 | 6/10/2020 |
| Paramount | Sonic | 33,000 | 1/20/2020 | 5/22/2020 |
| Warner Bros. | Birds of Prey | 55,500 | 1/23/2020 | 5/5/2020 |
| Hollywood Records | Disney Records | 8,333 | 1/27/2020 | 6/9/2020 |
| McDonalds | SoCal McD's | 31,000 | 2/3/2020 | 6/5/2020 |
| M Misonni | M Missoni | 7,000 | 2/5/2020 | 2/12/2020 |
| New Balance | New Balance | 70,000 | 2/17/2020 | 5/19/2020 |
| Hulu | Little Fires Everywhere | 45,000 | 2/24/2020 | 6/9/2020 |
| Hollywood Records | Disney Records | 8,333 | 2/24/2020 | 10/30/2020 |
| Postmates | Postmates | 30,000 | 3/2/2020 | 4/2/2020 |
| Pluto TV | Pluto TV | 43,905 | 3/2/2020 | 6/16/2020 |
| McDonalds | SoCal McD's | 31,000 | 3/2/2020 | 6/30/2020 |
| Guess | JLO & J Balvin | 27,625 | 3/2/2020 | 9/14/2020 |
| Isabel Marant | Isabel Marant | 5,000 | 3/16/2020 | 2/6/2020 |
| CA Lottery | CA Lottery - Pacman | 71,250 | 3/23/2020 | 7/21/2020 |
| Pluto TV | Pluto TV | 43,905 | 3/30/2020 | 6/16/2020 |
| Marcum Accounting & Advisors | Marcum | 3,643 | 9/1/2020 | 11/16/2020 |
| Marcum Accounting & Advisors | Marcum | 12,750 | 9/7/2020 | 11/24/2020 |
| McDonalds | SoCal McD's | 31,000 | 9/14/2020 | 12/30/2020 |

|  |  |
|---:|---:|
| **2020 TOTAL COLLECTIONS** | 1,448,562 |
| **Less: Overage Revenue** | (70,648) |
| **Shareable Revenue** | 1,377,914 |
| **Revenue Share (40%)** | 551,166 |
| **Rent Paid** | 404,809 |
| **Revenue Share Due** | **146,357** |